## United States Fidelity & Guaranty Company *v.* American Radiator Company.

[No. 6,446. Filed May 1, 1908.]

From St. Joseph Circuit Court; *Francis E. Lambers,* Special Judge.

Action by the American Radiator Company against the United States Fidelity & Guaranty Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Charles Martindale, C. P. DuComb* and *Anderson, Parker & Crabill,* for appellant.

*Romig & Miller,* for appellee.

Watson, J.—The questions presented in this cause are the same as those in *United States Fidelity, etc., Co.* v. *American Blower Co.* (1908), *ante,* 620, and on the authority thereof the judgment in this case is affirmed.